UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL D. SIMS,

            Plaintiff,

    v.

SETH HUBER, *et al*,

            Defendants.

Case No.  C06-5171FDB

ORDER TO SHOW CAUSE

    This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $250.00 or file a proper application to proceed *in forma pauperis*.

    On March 29, the Clerk received plaintiff's complaint and application to proceed *in forma pauperis*. (Dkt. #1).  On April 5, 2006, the Clerk sent plaintiff a letter informing him that his application contained a number of deficiencies. (Dkt. #2).  Although plaintiff has cured most of those deficiencies (Dkt. #3), the following deficiency remains.  Pursuant to 28 U.S.C. § 1915(a)(2):

    A prisoner seeking to bring a civil action or appeal a judgment in a civil action or

ORDER
Page - 1

proceeding without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

Plaintiff thus was required to submit a statement showing the balance and activity of his account for the six-month period immediately preceding the filing of his complaint. Plaintiff has submitted what appears to be documentation of one account transaction for dental services performed on March 17, 2006. This, however, does not satisfy the requirements of 28 U.S.C. § 1915(a)(2).

Accordingly, the Court orders the following:

(1) Plaintiff shall seek to cure the above deficiency by filing **no later than June 2, 2006**, a copy of his prison trust account statement pursuant to 28 U.S.C. § 1915(a)(2) showing the balance and activity of his account(s) for the six-month period immediately preceding the filing of his complaint.

**Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the court will recommend dismissal of this matter.**

(2) The Clerk is directed to send a copy of this Order to plaintiff, along with the appropriate written consent form.

DATED this 2nd day of May, 2006.

Karen L. Strombom
United States Magistrate Judge