1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
9                                      AT TACOMA

10   MICHAEL D. SIMS,

11              Plaintiff,

12        v.                                          Case No. C06-5171 FDB

13   SETH HUBER, *et. al.*,,                          ORDER ADOPTING REPORT AND
                                                      RECOMMENDATION AND
14              Defendants.                           DISMISSING COMPLAINT
                                                      WITHOUT PREJUDICE

15

16        The Magistrate Judge recommends that this 42 U.S.C. § 1983 civil rights action be dismissed

17   with prejudice for failure to state a claim.  As detailed by The Magistrate Judge, the Plaintiff seeks to

18   invoke this Court's jurisdiction to dismiss state criminal charges against him.  The Magistrate Judge

19   ordered Plaintiff to show cause why this action should not be dismissed for failure to state a claim.

20   Plaintiffs' response fails to address the Younger abstention doctrine.  See, Younger v. Harris, 401

21   U.S. 37 (1971).  Dismissal will allow Plaintiff to litigate his claim in the state court and only after

22   doing so, he may determine whether to seek redress in Federal Court any remaining cognizable

23   federal claims.

24        The Court, having reviewed the Plaintiff's complaint, Report and Recommendation of

25

26   ORDER - 1

1   Magistrate Judge Karen L. Strombom, Plaintiff's response to show cause, and the remaining record,

2   does hereby find and ORDER:

3        (1)    The Court adopts the Report and Recommendation;

4        (2)    The complaint is **DISMISSED WITHOUT PREJUDICE**;

5        (3)    The Clerk is directed to send copies of this Order to Plaintiff, to counsel for
                 Defendants, and to the Hon. Karen L. Strombom.

6

     DATED this 1st day of August, 2006.

7

8

9

10                          FRANKLIN D. BURGESS
                       UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER - 2